## DANIEL v. McDANIEL.

*Appeal from Lee District Court—Friday, April* 29.

PRACTICE—EXCEPTIONS.

The judgment of the Court was pronounced by — .

LOWE, J.—Application for a writ of *habeas corpus* on the hearing of which the court sustained the demurrer to the defendant's answer, who, failing to plead over, the court held the application well founded

and discharged the plaintiff from the illegal restraint. The record showing no exceptions to any of the rulings of the court, there is no question presented for our review, and the judgment below will be

Affirmed.

*Casey* for the appellant—*Dorr* for the appellee.